

Charles H. Chevalier
Director

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
Direct: 973-596-4500
cchevalier@gibbonslaw.com

May 9, 2023

**VIA ECF**

Honorable José R. Almonte
United States Magistrate Judge
District Court of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, New Jersey 07102

      Re:    *Catalyst Pharmaceuticals Inc., et al. v. Teva Pharmaceuticals, Inc., et al.*,
               *Civ. A. No. 23-1190 (MCA) (JRA)*

Dear Judge Almonte:

      This firm, together with Sterne, Kessler, Goldstein & Fox P.L.L.C., represents Plaintiffs Catalyst Pharmaceuticals, Inc. and SERB SA (collectively, "Plaintiffs") in the above-referenced matter. With Greenberg Traurig, LLP, counsel for Defendants Teva Pharmaceuticals, Inc. and Teva Pharmaceuticals USA, Inc. (collectively, "Defendants"), we write to request a brief extension of time to submit a proposed Discovery Confidentiality Order ("DCO"). Pursuant to section 21 of the Scheduling Order (ECF No. 33), the DCO is due to be submitted today, May 9, 2023. The parties request the Court adjourn that date until this Friday, May 12, 2023.

      As Your Honor will recall, at the end of yesterday's scheduling conference in the two related matters, 23-1194 and 23-1197, Plaintiffs made an informal motion to extend the deadline to file a DCO in this action until later this week. While Your Honor was inclined to grant the motion, Your Honor asked us to consult Defendants first. Defendants have confirmed they have no objection to the extension. Therefore, we respectfully request that Your Honor "So-Order" this letter and direct its entry on the docket.

      Should the Court require anything further, the parties will make themselves available at the Court's convenience. The parties thank the Court for its time and assistance in this matter.

SO ORDERED:

*/s/ José R. Almonte*

JOSÉ R. ALMONTE
United States Magistrate Judge

Respectfully submitted,

s/ *Charles H. Chevalier*
Charles H. Chevalier

cc:    All counsel of record (via Email and ECF)