

CHARLES H. CHEVALIER
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4611 Fax: (973) 639-6263
cchevalier@gibbonslaw.com

January 22, 2024

**VIA ECF**

Honorable José R. Almonte, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      **Re:**    *Catalyst Pharmaceuticals, Inc., et al. v. Teva Pharmaceuticals, Inc., et al.*,
             **C.A. No. 2:23-cv-01190-MEF-JRA**
             *Catalyst Pharmaceuticals, Inc., et al. v. Annora Pharma Private Ltd., et al.*
             **C.A. No. 2:23-cv-01194-MEF-JRA**
             *Catalyst Pharmaceuticals, Inc. and SERB SA v. Lupin Ltd., et al.*,
             **C. A. No. 2:23-cv-01197-MEF-JRA**

Dear Judge Almonte:

      This firm, together with Sterne, Kessler, Goldstein & Fox P.L.L.C., represents Plaintiffs Catalyst Pharmaceuticals, Inc. and SERB SA in the above-referenced matters. Together with Greenberg Traurig, LLP and Winston & Strawn LLP, counsel for Defendants Teva Pharmaceuticals, Inc., and Teva Pharmaceuticals USA, Inc.; Hill Wallack LLP and Cozen O'Connor, counsel for Defendants Annora Pharma Private Limited, Grace Consulting Services, Inc., Hetero Labs Limited, and Hetero USA, Inc.; and Midlige Richter LLC and Locke Lord LLP, counsel for Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc., we write to respectfully request an extension of certain case deadlines as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| The parties shall complete expert discovery pertaining to *Markman* issues. | January 22, 2024 | February 26, 2024 |
| The parties shall file and serve their responding *Markman* submissions. | February 23, 2024 | March 28, 2024 |
| The parties shall submit to the Court a proposed schedule for a *Markman* hearing. | March 8, 2024 | April 11, 2024 |

      All of the parties in the above-referenced cases consent to this extension request and the extensions do not affect any other deadlines.

G<span>IBBONS</span> P.C.

Honorable José R. Almonte, U.S.M.J.
January 22, 2024
Page 2

      If Your Honor approves of this request, we respectfully request that you "so order" this letter and have it filed on the docket in each of the above-referenced matters.  Should the Court wish to discuss this matter further, the parties will make themselves available at the Court's convenience.  The parties thank the Court for its time and assistance in this matter.

                                Respectfully submitted,

                                s/ Charles H. Chevalier
                                  Charles H. Chevalier

cc: All Counsel of Record (via ECF and Email)