Eric I. Abraham
William P. Murtha
**HILL WALLACK LLP**
21 Roszel Road
Princeton, NJ 08543
Telephone:  (609) 924-0808
Facsimile:  (609) 452-1888
eabraham@hillwallack.com
wmurtha@hillwallack.com

*Attorneys for Defendants Annora Pharma Private Limited, Grace Consulting Services, Inc., Hetero Labs Limited, and Hetero USA, Inc.*

Douglas R. Weider
**GREENBERG  TRAURIG LLP**
500 Campus Drive
Suite 400
Florham Park, NJ  07932
(973) 360-7900
weiderd@gtlaw.com

*Attorneys for Defendants Teva Pharmaceuticals, Inc., and Teva Pharmaceuticals USA, Inc*

James S. Richter
**MIDLIGE RICHTER, LLC**
645 Martinsville Road
Basking Ridge, New Jersey 07920
(908) 626-0622
Email: jrichter@midlige-richter.com

*Attorneys for Defendants Lupin Limited and Lupin Pharmaceuticals, Inc*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CATALYST PHARMACEUTICALS, INC. and SERB SA,<br><br>                     *Plaintiffs*,<br><br>v.<br><br>TEVA PHARMACEUTICALS, INC. and TEVA PHARMACEUTICALS USA, INC.,<br><br>                     *Defendants*. | C.A. No. 2:23-cv-01190-MEF-JRA |
| CATALYST PHARMACEUTICALS, INC. and SERB SA, | C.A. No. 2:23-cv-01194-MEF-JRA |

|  |  |
|---|---|
| *Plaintiffs*,<br><br>v.<br><br>ANNORA PHARMA PRIVATE LIMITED, GRACE CONSULTING SERVICES, INC., HETERO LABS LIMITED, and HETERO USA, INC.,<br><br>*Defendants*. | |
| CATALYST PHARMACEUTICALS, INC. and SERB SA,<br><br>*Plaintiffs*,<br><br>v.<br><br>LUPIN LTD. and LUPIN PHARMACEUTICALS, INC.,<br><br>*Defendants*. | C.A. No. 2:23-cv-01197-MEF-JRA |

### DEFENDANTS' NOTICE OF MOTION TO STRIKE PORTIONS OF PLAINTIFFS' RESPONSIVE *MARKMAN* SUBMISSIONS

**PLEASE TAKE NOTICE** that on May 20, 2024 at 9:00 a.m. or as soon thereafter as counsel may be heard, Greenberg Traurig, LLP, attorneys for Defendants Teva Pharmaceuticals, Inc. and Teva Pharmaceuticals USA, Inc. (collectively, "Teva"), Hill Wallack LLP, attorneys for Defendants Annora Pharma Private Limited, Grace Consulting Services, Inc., Hetero Labs Limited, and Hetero USA, Inc. (collectively, "Hetero"), and Midlige Richter LLC, attorneys for Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc. (collectively, "Lupin") (collectively, "the Defendants") shall move to strike portions of Plaintiffs' Responsive *Markman* Submissions;

**PLEASE TAKE FURTHER NOTICE** that in support of their motion, Defendants shall rely upon their accompanying Brief and Declaration of Alison King (and exhibits thereto). A proposed form of order is also submitted for the Court's consideration.

Dated: April 19, 2024                                     Respectfully submitted,

*Of Counsel:*

W. Blake Coblentz (*pro hac vice*) Aaron S. Lukas (*pro hac vice*) **COZEN O'CONNOR**
1200 19th Street, NW
Washington, DC 20036
(202) 912-4800 wcoblentz@cozen.com
alukas@cozen.com

Keri L. Schaubert (*pro hac vice*)
**COZEN O'CONNOR**
3WTC 175 Greenwich St., 55th Fl.
New York, NY 10007
(212) 509-9400
kschaubert@cozen.com

*s/ Eric I. Abraham*
Eric I. Abraham
William P. Murtha
**HILL WALLACK LLP**
21 Roszel Rd., P.O. Box 5226
Princeton, NJ 08543
(609) 924-0808
eabraham@hillwallack.com
wmurtha@hillwallack.com
*Attorneys for Defendants Annora Pharma Private Limited, Grace Consulting Services, Inc., Hetero Labs Limited, and Hetero USA, Inc.*

*Of Counsel:*

Keith D. Parr (*pro hac vice*)
Nina Vachhani (*pro hac vice*)
Jacob C. Britz (*pro hac vice*)
**LOCKE LORD LLP**
111 South Wacker Drive
Chicago, IL 60606
(312) 443-0700

Zhibin Li
**LOCKE LORD LLP**
Brookfield Place, 200 Vesey Street
New York, New York 10281
646-217-7897

*s/ James S. Richter*
James S. Richter
**MIDLIGE RICHTER, LLC**
645 Martinsville Road
Basking Ridge, New Jersey 07920
(908) 626-0622
Email: jrichter@midlige-richter.com

*Attorneys for Defendants Lupin Limited and Lupin Pharmaceuticals, Inc.*

*Of Counsel:*

George C. Lombardi
Ivan M. Poullaos
Alison M. King
Brian L. O'Gara
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
(312) 558-5600

Sharon Lin
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036
(202) 282-5000

<u>s/ Douglas R. Weider</u>
Douglas R. Weider
**GREENBERG TRAURIG LLP**
500 Campus Drive
Suite 400
Florham Park, NJ  07932
(973) 360-7900
weiderd@gtlaw.com

*Attorneys for Defendants
Teva Pharmaceuticals, Inc., and Teva
Pharmaceuticals USA, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of April, 2024 I caused the annexed Notice of Motion, along with the accompanying brief, the Declaration of Sharon Lin and the proposed form of Order to be served upon all counsel of record via the Court's ECF system.

Dated: April 19, 2024

                                              */s/ Douglas R. Weider*
                                                Douglas R. Weider