Charles H. Chevalier
Christine A. Gaddis
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4611

OF COUNSEL:
Dennies Varughese, Pharm. D.
Paul A. Ainsworth
Adam C. LaRock
Josephine Kim
Lauren Watt
Christopher M. Gallo, Ph.D.
**STERNE, KESSLER, GOLDSTEIN &
  FOX P.L.L.C.**
1101 K Street, NW, 10th Floor
Washington, DC 20005
(202) 371-2600

*Attorneys for Plaintiffs
Catalyst Pharmaceuticals, Inc. and
SERB SA*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CATALYST PHARMACEUTICALS, INC. and SERB SA, | |
| *Plaintiffs*, | |
| v. | C.A. No. 2:23-cv-01190-MEF-JRA |
| TEVA PHARMACEUTICALS, INC. and TEVA PHARMACEUTICALS USA, INC., | **Motion Day: June 17, 2024** |
| *Defendants*. | |
| CATALYST PHARMACEUTICALS, INC. and SERB SA, | |
| *Plaintiffs*, | |
| v. | C.A. No. 2:23-cv-01194-MEF-JRA |
| ANNORA PHARMA PRIVATE LIMITED, GRACE CONSULTING SERVICES, INC., | |

| |
|---|
| HETERO LABS LIMITED, and HETERO USA, INC., |
| *Defendants*. |
| CATALYST PHARMACEUTICALS, INC. and SERB SA, |
| *Plaintiffs*, |
| v. |
| LUPIN LTD. and LUPIN PHARMACEUTICALS, INC., |
| *Defendants*. |

C.A. No. 2:23-cv-01197-MEF-JRA

## NOTICE OF APPEAL OF MAGISTRATE JUDGE'S LETTER ORDER

**PLEASE TAKE NOTICE** that at 10:00 a.m. on June 17, 2024, or such other time and date as set by the Court, Plaintiffs Catalyst Pharmaceuticals, Inc. and SERB SA (collectively, "Plaintiffs"), shall appeal to the Honorable Michael E. Farbiarz, U.S.D.J. the May 3, 2024 Letter Order (Case No. 23-1190, ECF No. 116; Case No. 23-1194, ECF No. 107; Case No. 23-1197, ECF No. 133) of the Honorable José R. Almonte, U.S.M.J., denying Plaintiffs' request to compel the production of stability samples of Defendants' Abbreviated New Drug Application products.

**PLEASE TAKE FURTHER NOTICE THAT** in support of this Appeal, the undersigned shall rely upon the accompany Memorandum of Law, and any subsequent reply submissions, together with all pleadings and proceedings on file in this matter.

**PLEASE TAKE FURTHER NOTICE THAT** a Proposed Order is also submitted for the Court's consideration.

Dated: May 17, 2024

Respectfully Submitted By:

s/ Charles H. Chevalier
Charles H. Chevalier
Christine A. Gaddis
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102

2

(973) 596-4611
cchevalier@gibbonslaw.com
cgaddis@gibbonslaw.com

OF COUNSEL:
Dennies Varughese, Pharm. D.
Paul A. Ainsworth
Adam C. LaRock
Josephine Kim
Lauren Watt
Christopher M. Gallo, Ph.D.
**STERNE, KESSLER, GOLDSTEIN
    & FOX P.L.L.C.**
1101 K Street, NW, 10th Floor
Washington, DC 20005
(202) 371-2600
dvarughese@sternekessler.com
painsworth@sternekessler.com
alarock@sternekessler.com
joskim@sternekessler.com
lwatt@sternekessler.com
cgallo@sternekessler.com

*Attorneys for Plaintiffs*
*Catalyst Pharmaceuticals, Inc. and*
*SERB SA*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2024, true and correct copies of the **NOTICE OF APPEAL, MEMORNADUM OF LAW** and **PROPOSED ORDER** were caused to be served via ECF and Email upon all counsel of record.

                                                        s/ Charles H. Chevalier
                                                          Charles H. Chevalier