**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CATALYST PHARMACEUTICALS, INC. and SERB SA,<br>*Plaintiffs*,<br>v.<br>TEVA PHARMACEUTICALS, INC. and TEVA PHARMACEUTICALS USA, INC.,<br>*Defendant*. | Civil Action No. 2:23-cv-01190-MEF-JRA |

**CONSENT JUDGMENT**

Catalyst Pharmaceutical, Inc. ("Catalyst"), SERB SA ("SERB") and Teva Pharmaceuticals, Inc. and Teva Pharmaceuticals USA, Inc. ("Teva"), parties in the above-captioned action, have resolved this litigation for good cause and valuable consideration recognized by Catalyst, SERB, and Teva. Now the parties, by their respective undersigned attorneys, hereby stipulate and consent to entry of judgment as follows:

IT IS this 10th day of January, 2025: ORDERED,

ADJUDGED AND DECREED as follows:

1. As used in this Consent Judgment, the terms "Teva Product," "Licensed Firdapse Patents," and Affiliate shall have the meanings set forth in the Parties' Settlement Agreement.

2. Unless otherwise specifically authorized by Catalyst and SERB pursuant to the Settlement Agreement or by 35 U.S.C. § 271(e)(1), Teva, including any of its Affiliates, successors and assigns, agrees to not infringe the Licensed Firdapse Patents, on its own part or through any

Affiliate, by making, having made, using, selling, offering to sell, importing or distributing of the Teva Product in the United States.

3. All claims, counterclaims, affirmative defenses and demands in this action are hereby dismissed without prejudice and without costs, disbursements or attorneys' fees to any party.

4. This District Court retains jurisdiction to enforce or supervise performance under this Consent Judgment and the Settlement Agreement.

5. Nothing herein shall preclude the U.S. Food & Drug Administration from granting final approval at any time to Teva's ANDA No. 218029.

Michael E. Farbiarz
United States District Judge

Dated: January 8, 2025

We hereby consent to the form and entry of this Order:

By: s/ Charles H. Chevalier

By: s/ Douglas R. Weider

Charles H. Chevalier
Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102
(973) 596-4611

OF COUNSEL:
Dennies Varughese, Pharm. D.
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 New York Avenue NW, Suite 600
Washington, DC 20005
(202) 371-2600

Attorneys for Plaintiffs
Catalyst Pharmaceuticals, Inc. and SERB S.A.

Douglas R. Weider
GREENBERG TRAURIG LLP
500 Campus Drive
Suite 400
Florham Park, NJ 07932
(973) 360-7900
weiderd@gtlaw.com

OF COUNSEL:
Ivan Poullaos Alison M. King
Brian L. O'Gara
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
(312) 558-5600

Sharon Lin
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC

Attorneys for Defendants Teva Pharmaceuticals, Inc. and Teva Pharmaceuticals USA, Inc.